UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELVIN CASTRO,

                              Plaintiff,

           -v-

XPO LOGISTICS FREIGHT, INC., DUC NGUYEN, and
YUDERKA HERRERA-MEJIA,

                             Defendants.

25 Civ. 3275 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      Today, the Court held a hearing on the motion for spoliation and related sanctions filed by defendants XPO Logistics Freight, Inc. ("XPO Logistics") and Duc Nguyen against co-defendant Yuderka Herrera-Mejia, Dkt. 19. Disregarding the Court's order, which directed "<u>all parties</u> to appear for a hearing on October 9, 2025," Dkt. 20, counsel for Herrera-Mejia (Mitchell Elliott Pak, Esq.) failed to appear.

      The Court's informative colloquy with counsel for XPO Logistics and plaintiff Melvin Castro persuaded the Court to hold an evidentiary hearing on the motion. The hearing will be held on **October 21, 2025 at 10:30 a.m.** in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. Attendance at the October 21 hearing is not option. **The Court expressly orders defendant Herrera-Mejia herself, along with counsel for all parties, to appear at the hearing.** In light of his disregard of the order requiring his appearance at today's hearing, failure by counsel for Herrera-Mejia to appear at the October 21 hearing, or to secure his client's appearance at that hearing, will be grounds for a contempt sanction.

1

At that hearing, the Court will engage in further fact-finding related to the 2023 Lexus which is the subject of the pending spoliation motion. Specifically, the Court orders as follows:

- Herrera-Mejia, through counsel, shall bring to the hearing all documentary evidence bearing on the location, possession, ownership, or condition of the 2023 Lexus, at any times between the date of car accident at issue (July 26, 2024) and the present. Such records shall include, without limitation, insurance policies for and insurance claims involving the car; the car's title and ownership; documents related to the sale, transfer, donation, or destruction of the car; and documents related to the car's repair.

- Herrera-Mejia shall be prepared to testify about these records, and the status of the car, at all times up through the present. Herrera-Mejia shall also be prepared to testify about any notice she received of the possibility of litigation arising from the July 26, 2024 accident. If Herrera-Mejia is unable to testify in English, her counsel is ordered to secure the presence of a court-certified translator, at counsel's expense, to assist her at the hearing.

- In advance of the hearing, counsel for XPO Logistics and Nguyen are to file a declaration on the docket of this case reporting—in response to the Court's inquiry today—whether the tractor-trailer that was driven by Nguyen on the date of the accident has an Engine Control Module (ECM); whether that ECM is accessible to XPO Logistics and Nguyen; and, if so, the result of any relevant review by then of the ECM.

- In advance of the hearing, counsel for Castro will file a declaration on the docket of this case, stating the date on which its representation of Castro began, and identifying and attaching—as directed by the Court at today's hearing—any document-

2

preservation notices, or notices of a forthcoming claim, that were served on any of the defendants in this case and/or their insurers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 9, 2025
       New York, New York