UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELVIN CASTRO,

                                      Plaintiff,

-v-

XPO LOGISTICS FREIGHT, INC., DUC NGUYEN, and
YUDERKA HERRERA-MEJIA,

                                      Defendants.

25 Civ. 3275 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court is in receipt of an October 19, 2025 email communication from Mitchell Pak, counsel for defendant Yuderka Herrera-Mejia, in which Mr. Pak indicated that he will be attending tomorrow's hearing on behalf of his client. The Court directs Mr. Pak to ensure that Herrera-Mejia is also present at the hearing, as required by the Court's prior order. Dkt. 21. Failure to do so will be grounds for a contempt sanction. *Id.* The Court also reminds counsel that he is to secure the presence of a court-certified translator to assist Herrera-Mejia at the hearing in the event that she is unable to testify in English.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: October 20, 2025
         New York, New York