UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELVIN CASTRO,

                               Plaintiff,

      -v-

XPO LOGISTICS FREIGHT, INC., DUC NGUYEN, and
YUDERKA HERRERA-MEJIA,

                             Defendants.

25 Civ. 3275 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Today, the Court held a second hearing on the motion for sanctions filed by defendants XPO Logistics Freight, Inc. ("XPO Logistics") and Duc Nguyen. For the reasons stated on the record, the Court did as follows:

- The Court found counsel for defendant Yuderka Herrera-Mejia in contempt for failure to appear at the October 9, 2025 hearing, contrary to the Court's order directing him to do so. Dkt. 20. At the request of counsel for defendants XPO Logistics and Nguyen and plaintiff Melvin Castro, the Court declined to impose a monetary sanction.

- The Court directed counsel for Castro to file a letter on the docket attesting to the relationship between Castro and Herrera-Mejia.

- The Court directed counsel for all parties to confer as to a subpoena for the deposition testimony of Herrera-Mejia, including the date, time, and manner of that deposition. The Court directed counsel for XPO Logistics and Nguyen to file the proposed subpoena on the docket, along with a proposed order instructing Herrera-Mejia as to the status of this litigation and the potential consequences for her failure to comply

1

with the subpoena.  Upon the Court's approval of the subpoena and accompanying order, counsel for Herrera-Mejia shall arrange for the translation of both documents and their service upon Herrera-Mejia.

- The Court directed counsel for all parties to confer as to an extension of discovery deadlines, and to file on the docket any extension request and an amended case management plan, in conformity with the Court's individual rules.

SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                         PAUL A. ENGELMAYER
                                                                         United States District Judge

Dated: October 21, 2025
            New York, New York