UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVIN CASTRO,<br><br>        Plaintiff,<br><br>   -v-<br><br>XPO LOGISTICS FREIGHT, INC., DUC NGUYEN, *and* YUDERKA HERRERA-MEJIA,<br><br>        Defendants. | 25 Civ. 3275 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court thanks the parties for the proposed order and subpoena for the deposition testimony of defendant Yuderka Herrera-Mejia (and accompanying translations). Dkt. 29. For clarity and accuracy, the Court directs the parties to make the following changes:

**Order:**

- State the time of the deposition (10:00 a.m.);

- Direct Herrera-Mejia to consult the subpoena for details related to the deposition log-in information and the documentation that she is required to have on hand for the deposition;

- Delete the last sentence, and replace it with the following: "Failure of Herrera-Mejia to appear at her November 12, 2025 deposition will be grounds for the Court to find her in contempt and impose a sanction."

**Subpoena:**

- Clarify that a notary public will be provided by the parties and present at the deposition;

1

- Replace, "contact the undersigned two (2) days prior to the deposition," with the exact email address or phone number that Herrera-Mejia should contact;
- Delete the last sentence of the second paragraph and insert it prior to the last sentence of the first paragraph. Replace "the above referenced parties," with "Melvin Castro, XPO Logistics Freight, Inc., and Duc Nguyen."

Upon implementation of these changes, the parties are directed to file the revised proposed order, subpoena, and translations.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER

United States District Judge

Dated: October 28, 2025
      New York, New York