UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x   Civil No.: 1:25-cv-03275-PAE

MELVIN CASTRO,

                Plaintiff,

                                      **ORDER**

-against-

XPO LOGISTICS FREIGHT, INC., DUC
NGUYEN, and YUDERKA HERRERA-MEJIA

                Defendants.
-------------------------------------------------------------------- x

**ORDERED,** that based on Defendant Yuderka Herrera-Mejia's failure to appear in Court on October 21, 2025 for an evidentiary hearing as directed by Hon. Paul A. Engelmayer's October 10, 2025 Order, Defendant Yuderka Herrera-Mejia is hereby directed by the Court to appear for her virtual deposition on November 12, 2025 at 10 a.m. The deposition will be video and audio recorded. Defendant Yuderka Herrera-Mejia is to consult the attached subpoena for details related to the deposition log in information and the documentation that she is required to have on hand for the deposition. Failure of Herrera-Mejia to appear at her November 12, 2025 deposition will be grounds for the Court to find her in contempt and impose a sanction.

Dated:    New York, New York
            October 29, 2025

SO-ORDERED:

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER

1

TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS DISTRITO SUR DE NUEVA YORK
---------------------------------------------------------------- x   Civil No.: 1:25-cv-03275-PAE

MELVIN CASTRO,

              Plaintiff,

    -against-                                       **ORDEN**

XPO LOGÍSTICA FLETE, INC., DUC
NGUYEN, and YUDERKA HERRERA-MEJIA

              Defendants.
---------------------------------------------------------------- x

**SE ORDENA que,** basándose en la falta de comparecencia de la demandada Yuderka Herrera-Mejía ante el tribunal el 21 de octubre de 2025 para una audiencia probatoria según lo indicado por la orden del Hon. Paul A. Engelmayer del 10 de octubre de 2025, se ordena a la demandada Yuderka Herrera-Mejía presentarse a su declaración virtual el 12 de noviembre de 2025 a las 10 a.m. La declaración será grabada en video y audio. La demandada Yuderka Herrera-Mejía debe consultar la citación adjunta para obtener detalles relacionados con la información de inicio de sesión de la declaración y la documentación que se requiere que tenga a mano durante la declaración. La inasistencia de Herrera-Mejía a su declaración del 12 de noviembre de 2025 será motivo para que el tribunal la declare en desacato y le imponga una sanción.

Dated:      Nueva York, Nueva York
              October 29, 2025

                                                    ASÍ ORDENADO:

                                                    *Paul A. Engelmayer*
                                                    HON. PAUL A. ENGELMAYER

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x   Civil No.: 1:25-cv-03275-PAE

MELVIN CASTRO,

                Plaintiff,

                                                        **SUBPOENA**

-against-                                                  **AD TESTIFICANDUM**

XPO LOGISTICS FREIGHT, INC., DUC
NGUYEN, and YUDERKA HERRERA-MEJIA

                Defendants.
---------------------------------------------------------------------- x

TO:   Yuderka Herrera-Mejia
        281 Pearsall Avenue, # 1
        Jersey City, New Jersey 07305

**GREETINGS**:

**YOU ARE COMMANDED**, that all business and excuses being laid aside, that you appear and attend before a Notary Public for a virtual examination before trial, on the 12th day of November, 2025 at 10 a.m. in the morning, and at any recessed or adjourned date to give testimony in this action, as a witness before trial in the above referenced matter. The deposition will be video and audio recorded. A notary public will be provided by the parties and present at the deposition. This deposition is being held to obtain information in regards to an incident that occurred involving Melvin Castro, XPO Logistics Freight, Inc., and Duc Nguyen. You must bring with you to the deposition the following documents, and must permit inspection, copying, testing, or sampling of the material: all documents related to the purchase, lease, sale, payment, inspection, accident history, and repair history of your 2023 Lexus, VIN # 2T2BAMCA3PC015198.

Please contact Michael Schacher, Esq. at mschacher@grsm.com or at phone number (914) 525-6449 two days prior to the deposition to obtain the log in information for the deposition.

Dated:   Harrison, New York
October 28, 2025

                Respectfully Submitted,

                GORDON REES SCULLY
                MANSUKHANI, LLP

                By: _____
                Michael J. Schacher, Esq.
                Attorneys for Defendants
                XPO LOGISTICS FREIGHT, INC.
                and DUC NGUYEN
                500 Mamaroneck Ave, Suite 503
                Harrison, NY  10528
                T: (914) 777-2237
                File No.: XPO-1391594

SO-ORDERED:   10/29/25

_____
HON. PAUL A. ENGELMAYER

TRIBUNAL DE DISTRITO DE LOS ESTADOS
UNIDOS DISTRITO SUR DE NUEVA YORK
-------------------------------------------------------------------- x   Civil No.: 1:25-cv-03275-PAE

MELVIN CASTRO,

                Plaintiff,

  -against-                                            **CITACIÓN**
                                                           **AD TESTIFICANDUM**

XPO LOGÍSTICA FLETE, INC., DUC
NGUYEN, and YUDERKA HERRERA-MEJIA

                Defendants.

-------------------------------------------------------------------- x

TO:   Yuderka Herrera-Mejia
        281 Pearsall Avenue, # 1
        Jersey City, Nueva Jersey 07305

**SALUDOS**:

**SE LE ORDENA que**, dejando de lado todos los asuntos y excusas, se presente y comparezca ante un Notario Público para un examen virtual antes del juicio, el día 12 de noviembre de 2025 a las 10:00 a.m., y en cualquier fecha aplazada o suspendida para brindar testimonio en esta acción, como testigo antes del juicio en el asunto referido anteriormente. La declaración será grabada en video y audio. Las partes proporcionarán y habrá un notario público presente en la deposición. Esta deposición se realiza con el fin de obtener información relacionada con un incidente que involucró a Melvin Castro, XPO Logistics Freight, Inc., y Duc Nguyen. Debe llevar a la deposición los siguientes documentos, y permitir su inspección, copia, prueba o muestreo del material: todos los documentos relacionados con la compra, arrendamiento, venta, pago, inspección, historial de accidentes e historial de reparaciones de su Lexus 2023, VIN # 2T2BAMCA3PC015198. Por favor contacte a Michael Schacher, Esq. en mschacher@grsm.com

3

o al número de teléfono (914) 525-6449 dos días antes de la deposición para obtener la información de acceso para la deposición.

Dated:   Harrison, Nueva York
October 28, 2025

          Respetuosamente Presentado,

          GORDON REES SCULLY
          MANSUKHANI, LLP

By: _____
          Michael J. Schacher, Esq.
          Attorneys for Defendants
          XPO LOGISTICS FREIGHT, INC.
          and DUC NGUYEN
          500 Mamaroneck Ave, Suite 503
          Harrison, NY  10528
          T: (914) 777-2237
          File No.: XPO-1391594

10/29/25

ASÍ ORDENADO:

_____
HON. PAUL A. ENGELMAYER