UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN CASTRO,

                                    Plaintiff,                    25 Civ. 3275 (PAE)

                    -v-
                                                                  ORDER
XPO LOGISTICS FREIGHT, INC., DUC NGUYEN, and
YUDERKA HERRERA-MEJIA,

                                    Defendants.

PAUL A. ENGELMAYER, District Judge:

On October 21, 2025, the Court directed counsel for all parties to confer as to a subpoena

for the deposition testimony of defendant Yuderka Herrera-Mejia, and an extension of discovery

deadlines. Dkt. 27. On October 28, 2025, counsel filed a proposed order and subpoena.

Dkt. 31. On October 29, 2025, the Court issued that order, directing Herrera-Mejia to appear for

her virtual deposition on November 12, 2025 at 10 a.m. Dkt. 32. There have been no filings on

the docket since.

Accordingly, the Court directs the parties to file a status update on the docket by

December 12, 2025, stating (i) whether the parties have conferred as to an extension of discovery

deadlines, and, if so, whether they plan to seek an extension of such deadlines, and (ii) whether

the deposition of Herrera-Mejia occurred. Any amended case management plan is due

December 15, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

1

Dated: December 9, 2025
      New York, New York